PROSKAUER ROSE LLP
Elise Bloom
Steven Hurd
Amy F. Melican
Gershom Smith
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EDWARD RAGUSA,                       :

        Plaintiff,                 :    No. 05-CV-6187 (WHP)

-against-                            :

UNITED PARCEL SERVICE, INC.,         :    **JUDGMENT**

        Defendant.                 :
------------------------------------ X

**WILLIAM H. PAULEY III, District Judge:**

    Whereas the issues in the above-captioned action having been brought on for trial on September 15, 2008 before the Honorable William H. Pauley III, United States District Judge, and a jury and, at the conclusion of the trial on September 26, 2008, the jury having returned a verdict in favor of the Defendant United Parcel Service, Inc., and Defendant having sought its costs in this action and the Court, by Order dated May 14, 2009, having ordered Plaintiff Edward Ragusa to pay costs to Defendant in the amount of $17,289.53, there is no just reason to delay the entry of judgment.

    **NOW, THEREFORE, IT IS HEREBY**

**ORDERED, ADJUDGED, AND DECREED** that Defendant United Parcel Service has judgment against Plaintiff Edward Ragusa in the amount of $17,289.53.

DATED: New York, New York
July 22, 2009

William H. Pauley III
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____